**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**District of Colorado** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bradford, Robert Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bradford, Dina Michelle** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **8517** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **2276** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8824 S. Drea Lane**<br>**Tempe, AZ  85284** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**470 Palm Springs Way**<br>**Colorado Springs, CO  80921** |
| County of Residence or of the<br>Principal Place of Business:    **Out of State** | County of Residence or of the<br>Principal Place of Business:    **El Paso** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**VOLUNTARY PETITION**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03) FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Bradford, Robert Lee & Bradford, Dina Michelle**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Robert Lee Bradford*
Signature of Debtor            **Robert Lee Bradford**

X */s/ Dina Michelle Bradford*
Signature of Joint Debtor      **Dina Michelle Bradford**

Telephone Number (If not represented by attorney)
**April 13, 2005**
Date

### Signature of Attorney

X */s/ Anthony R. Cross*
Signature of Attorney for Debtor(s)
**Anthony R. Cross 8933**
Printed Name of Attorney for Debtor(s)
**The Cross Law Firm**
Firm Name
**416 E. Colorado Ave Ste. 200**
Address
**Colorado Springs, CO  80903**

**(719) 632-9991**
Telephone Number
**April 13, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ Anthony R. Cross*                              **4/13/05**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**VOLUNTARY PETITION**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                              Case No. _____

**Bradford, Robert Lee & Bradford, Dina Michelle**     Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 13, 2005**      Signature: ***/s/ Robert Lee Bradford***
                                               **Robert Lee Bradford**         Debtor

Date: **April 13, 2005**      Signature: ***/s/ Dina Michelle Bradford***
                                               **Dina Michelle Bradford**         Joint Debtor, if any

Date: **April 13, 2005**      Signature: ***/s/ Anthony R. Cross***
                                               **Anthony R. Cross 8933**         Attorney (if applicable)

```
ACS
Po Box 78208
Pheonix, AZ   85062-8808


AT& T Wireless
PO Box 79075
Pheonix, AZ   85062-9075


Audobon
3030 N. Circle Dr.
Colorado Springs, CO   80909


Beneficial
3015 S. Academy Blvd.
Colorado Springs, CO   80916


Budget Control Center
PO Box 370107
Denver, CO   80237-0107


Capital One
PO Box 60024
City Of Industry, CA   91716-0024


Castillo Dental Associates
1910 Vindacator Suite 3 103
Colorado Springs, CO   80919


Colorado Springs Orthopedic
3010 N. Circle Dr. Ste. #100
Colorado Springs, CO   80909
```

Credit Service Company
PO Box 1120
Colorado Springs, CO   80901-1120


DHL
PO Box 4723
Houston, TX   77210-4723


Discover
PO Box 30395
Salt Lake City, UT   84130-0395


Four Peaks, LLC
Po BOx 38245
Colorado Springs, CO   80937


Frontier Business Products
700 W. 48th Ave.
Denver, CO   80216


Harley Davidson
8529 Innovation Way
Chicago, IL   60682-0085


Household Credit Services
PO Box 80053
Salinas, CA   93912-0053


HSBC/MS
PO Box 60113
City Of Industry, CA   91716-0113

Irvin Borenstein  
The Marketplace  
3025 S. Parker Rd. Tower 11 Suite #711  
Aurora, CO  80014

McCloskey Motors  
5515 N. Academy  
Colorado Springs, CO  80918

McLeod  
Po Box 3243  
Milwaukie, WI  53201-3243

Michael P. Medved  
355 Union Blvd. Ste. 302  
Lakewood, CO  80228

Nissan Motor Acceptance Corp.  
PO Box 660680  
Dallas, TX  75266-0680

Pikes Peak Anesthesia  
PO Box 820  
Colorado Springs, CO  80901

Risk Management Alternatives  
11214 Renner Rd.  
Lenexa, KS  66219

Sams Club  
PO Box 530942  
Atlanta, GA  30353-0942

```
Target National Bank
PO Box 59231
Minneapolis, MN  55459-0231


Terence Burns
2925 S. Deframe Way
Lakewood, CO  80228


Wells Fargo
PO Box 173853
Denver, CO  80217-3853


Wells Fargo Financial
Po BOx 98798
Las Vegas, NV  89193-8798


WFS Financial
PO Box 25341
Santa Ana, CA  92799-5341
```