UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

ROBERT LEE BRADFORD,
DINA MICHELLE BRADFORD,

Debtors.

Bankruptcy Case No. 05-18205 EEB

Chapter 7

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court *sua sponte*. The above-captioned Chapter 7 case was reopened on December 20, 2020. The Court reviewed the Status Report filed by the Chapter 7 Trustee on March 23, 2022, in which the Trustee indicated he was sending out a second notice to creditors to file a claim. It appears no claims have been filed and there has been no other pleadings filed. Accordingly, it is

ORDERED that the Chapter 7 Trustee shall file **on or before June 14, 2022**, a further status report or other appropriate pleading indicating what actions they intend to take to assure that this case is closed promptly.

DATED: this 24th day of May, 2022.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge